IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SARA KIRCHHEINER, | § | |
| *Plaintiff*; | § | |
| | § | |
| v. | § | Civil Action No. 1:19-cv-135 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| *Defendant.* | § | |

## RELEASE OF JUDGMENT LIEN

### I.

Venue for this case is proper in the United States District Court for the Eastern District of Texas Beaumont Division because the events giving rise to this cause of action occurred in the Eastern District of Texas and Defendant resides in this District per 28 U.S.C. Sections 1391(b)(2) and (c)(2). Jurisdiction for this case is proper under 28 U.S.C. Section 1332(a)(1).

### II.

On February 26, 2021, Plaintiff Sara Kirchheiner recovered a judgment against Defendant Home Depot U.S.A., Inc. in the United States District Court for the Eastern District of Texas, Beaumont Division, in Cause No. 1-19-cv-135, entitled *Sara Kirchheiner v. Home Depot U.S.A., Inc.* This judgment was for $11,053.42 with interest at the rate of .08% per annum, plus $7,188.54 in costs. This judgment was entered in the minutes of the Court on March 10, 2021. A copy of this Final Judgment is on file with the papers of this Court (dkt. 88).

### III.

Plaintiff is the legal owner and holder of the above-described judgment and, in consideration of the payment of the judgment debt, interest, and costs, the receipt of which is acknowledged, releases and discharges Defendant, the judgment fully paid and satisfied.

SIGNED this 26th day of August, 2021.

Malachi Daws, SBN 24082904
Judson Daws, SBN 24101682
DAWS LAW FIRM
4055 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 838-6000
Facsimile: (409) 838-6003
mdaws@dawslawfirm.com
jdaws@dawslawfirm.com

_____

*Attorney for Plaintiff*

-AND-

Mullin Hoard & Brown, L.L.P.
Chad L. Farrar, SBN 00793716
C. Brett Stecklein, SBN 00794688
Katie Harrison, SBN 24062767
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
Telephone:   (214) 754-0040
Facsimile:   (214) 754-0043
cfarrar@mhba.com
bstecklein@mhba.com
kharrison@mhba.com

_____
Chad L. Farrar

*Attorney for Defendant*